## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Reed, Earleen L | Case Number:  03 B 50366 |
| | Judge:  Hollis, Pamela S |
| Printed:  12/28/07 | Filed:  12/15/03 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Completed:  November 16, 2007
Confirmed:  February 23, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,272.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 6,472.36 |
| Priority: | | 0.00 |
| Administrative: | | 2,175.00 |
| Trustee Fee: | | 472.64 |
| Other Funds: | | 152.00 |
| Totals: | 9,272.00 | 9,272.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 2,175.00 | 2,175.00 |
| 2. | ECast Settlement Corp | Unsecured | 999.48 | 1,358.83 |
| 3. | Discover Financial Services | Unsecured | 1,089.74 | 1,481.51 |
| 4. | Citi Cards | Unsecured | 516.62 | 702.36 |
| 5. | Wells Fargo Financial | Unsecured | 95.88 | 130.30 |
| 6. | Emerge | Unsecured | 296.87 | 403.61 |
| 7. | RoundUp Funding LLC | Unsecured | 1,286.95 | 1,749.57 |
| 8. | Chicago Central | Unsecured | 7.15 | 9.73 |
| 9. | RoundUp Funding LLC | Unsecured | 468.10 | 636.45 |
| 10. | Wells Fargo Home Mortgage | Secured | No Claim Filed | |
| 11. | Schottler & Zukosky | Priority | No Claim Filed | |
| 12. | Bank Of America | Unsecured | No Claim Filed | |
| 13. | CitiFinancial | Unsecured | No Claim Filed | |
| 14. | TruGreen | Unsecured | No Claim Filed | |
| 15. | Neurology Associates LTD | Unsecured | No Claim Filed | |
| 16. | Resurrection Hospital | Unsecured | No Claim Filed | |
| 17. | American General Finance | Unsecured | No Claim Filed | |
| | | | $ 6,935.79 | $ 8,647.36 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 52.08 |
| 4% | 22.17 |
| 6.5% | 69.08 |
| 3% | 13.56 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Reed, Earleen L

Printed:  12/28/07

Case Number:  03 B 50366

Judge:  Hollis, Pamela S

Filed:  12/15/03

| | |
|---|---|
| 5.5% | 74.95 |
| 5% | 15.80 |
| 4.8% | 44.15 |
| 5.4% | 180.85 |
| | _____ |
| | $ 472.64 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

